-1-

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTRAL AMERICAN BANK FOR ECONOMIC INTEGRATION (CABEI), <br><br> Plaintiff, <br><br> v. <br><br> DANTE MOSSI, <br><br> Defendant, | Civil Action No. 24-CV-2544-CRC <br><br> Hon. Christopher R. Cooper |

## **DECLARATION OF DANTE MOSSI**

I, Dante Mossi, declare as follows:

1. I am a resident and national of Honduras, over the age of eighteen, and competent to make this declaration.

2. I have personal knowledge of the facts stated herein. All facts stated herein are true and correct to the best of my personal knowledge. If called to testify to these facts, I could and would do so.

3. I was born in Honduras, grew up in Honduras, currently reside in Honduras, and consider Honduras my permanent "home." I am an economist by education and spent my career in public service, international development, and diplomacy. In my early career, I served as a civil servant in Honduras, including as the chief economist of the Secretariat of the Presidency and as Secretary of the Economic Cabinet between 2002 and 2003. I served for approximately 15 years, through November 2019, with the World Bank in various posts in my home country of Honduras and elsewhere. With the exception of occasional business-related and personal travel, since leaving the World Bank, I have spent all of my time in Honduras.

4. I am not "domiciled" in the District of Columbia. Rather, during a brief period from August 2016 to November 2018, as an Operations officer for the World Bank, I was stationed in the District of Columbia, where, by virtue of my position, I enjoyed immunity from U.S. income taxation. I did not "establish permanent roots in Washington, D.C." during that time, and have not since established "permanent roots in Washington, D.C."

5. As part of my tenure at CABEI, which began in late 2018, I had to expressly affirm that my "migration status is not of a resident of the United States of America"; that I did not "possess the citizenship of the United States of America"; that I was not "requesting residency status in the United States of America"; and that I would immediately seek CABEI's permission before "start[ing] any of those migratory proceedings." A true and correct copy of that Spanish-language pledge is enclosed herein as Attachment 1.

6. As I understand it, the pledge was necessary because CABEI does business with Cuba and OFAC prohibits U.S. persons from conducting business with Cuba; I would not have been permitted to assume or continue my role at CABEI had I been a U.S. person. Since I first signed the pledge until my departure, CABEI asked me to verify that I am not a U.S. person an on an annual basis; on every occasion I made that verification truthfully.

7. As part of my tenure at CABEI, I also had to signed other agreements concerning subjects that include loyalty, confidentiality, and ethics, among other topics. I understand that at least some of these agreements form the basis of some of CABEI's claims against me in the present action. These agreements are all in Spanish. None of these agreements purports to be governed by American law or the laws of the District of Columbia.

8. During my two-year tenure with the World Bank, I purchased an apartment located at 2600 Pennsylvania Avenue, N.W. in the District of Columbia. I have not lived in that apartment

since 2018. On occasion, I allow friends and family members to stay there, but do not charge them rent. For many years, I have intended to sell the apartment but have not found the time to do so. For safety and convenience-related reasons, the apartment building's intercom system connects to my cellular phone in Honduras.

9. I am under the ongoing medical care of a specialist at the George Washington Medical Faculty & Associates practice, whom I met during my tenure at the World Bank. I visit and treat with that specialist in the District of Columbia approximately every six months. On average, since my departure from the World Bank, I have spent less than thirty days per year in the United States—all for medical reasons.

10. CABEI is an organization located in and focused on Central America. Its founding members are the republics of Guatemala, El Salvador, Honduras, Nicaragua, and Costa Rica. Its non-founding members are the Republic of Panama, the Dominican Republic, the Republic of Cuba, the Kingdom of Spain, the United States of Mexico, the Republic of Colombia, the Republic of Argentina, the Republic of China Taiwan, and the Republic of Korea. CABEI exists to promote the economic integration and economic and social development of its member countries. CABEI is an organization derived from the System of Central American Integration (in Spanish Sistema de Integración Centroamericana, or "SICA") located in Central America. The United States is not—and never has been—a member of CABEI.

11. On June 25th, 2024, I filed a lawsuit against CABEI at the Honorable Central American Court of Justice, with headquarters in Nicaragua, given that Honduras is a subscriber of the Constitutive Agreement of CABEI (dated December 13th, 1960), that I am a citizen of the Republic of Honduras, and that the Court has jurisdiction and possess the authority to seek proof and decide of the lawsuit. The lawsuit seeks for damages from CABEI for erroneously making

-4-

allegations of responsibility of not following internal bylaws and creating a loss to the assets of CABEI. This lawsuit is still pending resolution in Nicaragua. The Central American Court of Justice has the jurisdiction and competences to act in the disputes with mandatory resolutions in all member states and voluntary when acting as a mediator. All the disputes that might emerge among individuals or firms or a country, with an entity which is part of SICA, are within the jurisdiction of the Central American Court of Justice.

12. During my tenure with CABEI, I lived in Honduras and worked on the organization's behalf there.

---Remainder of Page Left Intentionally Blank---

-5-

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 18, 2024

                                                                        *[signature]*
                                                                        Dante Mossi

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTRAL AMERICAN BANK FOR ECONOMIC INTEGRATION (CABEI), )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DANTE MOSSI, )<br>)<br>Defendant, ) | Civil Action No. 24-CV-2544-CRC<br><br>Hon. Christopher R. Cooper |

## **ATTACHMENT 1**

-7-

**DECLARACION JURADA**

Yo, Dante Ariel Mossi Reyes, con número de identidad 0801-1968-02818, de nacionalidad hondureño, de este domicilio, en mi condición de funcionario del Banco Centroamericano de Integración Económica BCIE, por este medio declaro bajo juramento que:

1) No poseo la calidad migratoria de residente en los Estados Unidos de América;
2) No ostento la nacionalidad de los Estados Unidos de América;
3) A la fecha, no estoy llevando a cabo ningún trámite para la obtención de la residencia o la ciudadanía de los Estados Unidos de América.
4) En caso de que, en el futuro, optara por cualquiera de las condiciones señaladas en los numerales 1, 2 y 3 anteriores, me comprometo a comunicar por escrito al BCIE a través de la Oficina de Integridad y Cumplimiento, previo a dar inicio a cualquiera de los trámites antes referidos.

Declaro asimismo que todo lo aseverado por el suscrito en este acto es cierto, en virtud de lo cual, firmo el presente documento en la ciudad de Washington DC, Estados Unidos de América, a los 16 días del mes de Octubre de 2018.

*Dante Mossi* [signature]

-----------------------------------------
(firma)