IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTRAL AMERICAN BANK FOR ECONOMIC INTEGRATION (CABEI),   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>DANTE MOSSI,   )<br>)<br>Defendant,   ) | Civil Action No. 24-CV-2544-CRC<br><br>Hon. Christopher R. Cooper |

## DECLARATION OF KYLE R. FREENY

I, Kyle R. Freeny, declare as follows:

1. I am over the age of eighteen and competent to make this declaration. I have personal knowledge of the facts stated herein. All facts stated herein are true and correct to the best of my personal knowledge. If called to testify to these facts, I could and would do so.

2. I represent Dante Mossi in the above-captioned matter.

3. On October 24, 2024, seven weeks after this matter was filed, counsel for CABEI emailed me a Spanish-language letter titled "Notificación Administrativa. Investigación por Prácticas Prohibidas," which I understand roughly translates to "Administrative Notification. Investigation for Prohibited Practices." According to CABEI's counsel, this letter represented "a notice for Mr. Mossi regarding an internal administrative proceeding CABEI is commencing against him." My review of a machine-translated version of the letter indicates that these purported administrative proceedings relate to Mr. Mossi's acquisition of electric vehicles from Cenntro on behalf of CABEI during his tenure as its President—one of the central issues CABEI seeks to litigate in this Court.

-2-

4.  I notified CABEI's counsel that I was not authorized to accept service on behalf of Mr. Mossi for proceedings in Latin America.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 18, 2024.

By: /s/ Kyle R. Freeny
Kyle R. Freeny
D.C. Bar No. 1684764
GREENBERG TRAURIG, LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Tel: (202) 331-3100
freenyk@gtlaw.com